UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PLATYPUS WEAR, INC., a Nevada corporation<br><br>Plaintiff,<br><br>vs.<br><br>JOHN F. MAHONEY COMPANY, a business organization form unknown, ALL STATES AG PARTS, LLC dba John F. Mahaney Company and Parts ASAP, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 2:25-CV-00881-AC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEENDANT ALL STATES AG PARTS, LLC'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Pursuant to the stipulation amongst the parties in this action, Defendant ALL STATES AG PARTS, LLC shall have through and including May 21, 2025, to file and serve an answer or other response to Plaintiff PLATYPUS WEAR, INC.'s Complaint.

**IT IS SO ORDERED.**

Dated: April 23, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE