

# United States District Court
# Eastern District of California

| Platypus Wear, Inc. |
|---|
| Plaintiff(s) |

V.

| John F. Mahaney Company, et al. |
|---|
| Defendant(s) |

Case Number: 2:25-CV-00881-AC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Thomas M. Patton__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: All States AG Parts, LLC

On __10/14/2020__ (date), I was admitted to practice and presently in good standing in the __State of Minnesota__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/15/2025            Signature of Applicant: /s/ Thomas M. Patton

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Thomas M. Patton |
| Law Firm Name: | Fredrikson & Byron, P.A. |
| Address: | 111 E. Grand Avenue |
| | Suite 301 |
| City: | Des Moines    State: IA    Zip: 50309 |
| Phone Number w/Area Code: | (515) 282-8900 |
| City and State of Residence: | Des Moines, IA |
| Primary E-mail Address: | tpatton@fredlaw.com |
| Secondary E-mail Address: | PattonThomasFilings@fredlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Mark D. Miller |
| Law Firm Name: | Sierra IP Law, PC |
| Address: | 7030 N. Fruit Ave. |
| | Suite 110 |
| City: | Fresno    State: CA    Zip: 93711 |
| Phone Number w/Area Code: | (559) 436-3800    Bar #: 116349 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 28, 2025

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE