Mark D. Miller
SIERRA IP LAW, PC
7030 N. Fruit Ave., Suite 110
Fresno, CA 93711
Telephone: (559) 436-3700
Email: mmiller@sierraiplaw.com

Thomas M. Patton (MN#0401728)
FREDRIKSON & BYRON, P.A.
111 E. Grand Avenue, Suite 301
Des Moines, IA 50309
Telephone: (515) 242-8900
Email: tpatton@fredlaw.com

*Admitted pro hac vice*

Attorneys for Defendant All States AG Parts, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| PLATYPUS WEAR, INC., a Nevada corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOHN F. MAHANEY COMPANY, a business organization form unknown, ALL STATES AG PARTS, LLC dba John F. Mahaney Company and Parts ASAP, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No: 2:25-CV-00881-WBS-AC<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER** |

Plaintiff PLATYPUS WEAR, INC., ("Platypus" or "Plaintiff") and Defendant ALL STATES AG PARTS, LLC ("All States" or "Defendant"), by and through their respective counsel, hereby enter into this Stipulation as follows:

WHEREAS, on June 4, 2025, Platypus filed a first amended complaint in the above-captioned action (ECF 18, "Amended Complaint");

1 WHEREAS, on June 4, 2025, All States was first served with the Amended Complaint;

2 WHEREAS, pursuant to Fed. R. Civ. P. Rule 15(a)(3) All State's deadline to answer or
3 otherwise respond to the Amended Complaint is June 18, 2025;

4 WHEREAS, counsel for Plaintiff Platypus and Defendant All State have met and conferred
5 regarding potential resolution of this action and desire to extend the date for All States to answer or
6 otherwise respond to the Amended Complaint for 21 days, until July 9, 2025, in order to allow the
7 parties an opportunity to discuss a reasonable resolution of this action.

8 WHEREAS, extending the deadline for All States to answer or otherwise respond to the
9 Amended Complaint, as requested, will not prejudice any parties to this action;

10 WHEREAS, the parties have not previously stipulated to any extensions of time to respond
11 to the Amended Complaint;

12 WHEREAS, the Scheduling Conference in this matter is currently set for September 22,
13 2025, and no pretrial or trial dates have yet been established.

14 IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Platypus and
15 Defendant All States, through their respective counsel, that the deadline for Defendant All States to
16 answer or otherwise respond to the Amended Complaint shall be extended to and including July 9,
17 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: June 17, 2025 | */s/ Thomas M. Patton* |
|  | Mark D. Miller (Ca. Bar No. 116349)<br>SIERRA IP LAW, PC<br>7030 N. Fruit Ave., Suite 110<br>Fresno, CA 93711<br>Telephone: (559) 436-3800<br>E-mail: mmiller@sierraiplaw.com |
|  | Thomas M. Patton (MN#0401728)<br>FREDRIKSON & BYRON, P.A.<br>111 East Grand Avenue, Suite 301<br>Des Moines, IA 50309-1977<br>Telephone: (515) 242-8900<br>E-mail: tpatton@fredlaw.com |
|  | *Admitted pro hac vice* |
|  | ***Attorneys for Defendant All States AG Parts, LLC*** |

| | |
|---|---|
| Date: June 17, 2025 | */s/ Gregory S. Gilchrist* (as authorized on 06/17/2025) |
| | Gregory S. Gilchrist |
| | Ryan Bricker |
| | VERSO LAW GROUP LLP |
| | 565 Commercial Street, 4th Floor |
| | San Franscisco, CA 94111 |
| | Telephone:  (415) 534-0495 |
| | E-mail:  greg.gilchrist@versolaw.com |
| |              ryan.bricker@versolaw.com |
| | |
| | Karen Barbara King |
| | OFFNER & KING, LLP |
| | 2411 2nd Avenue |
| | San Diego, CA 92101 |
| | Telephone:  (619) 702-2301 |
| | E-mail:  kking@offnerking.com |
| | |
| | ***Attorneys for Plaintiff Platypus Wear, Inc.*** |

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT; AND ORDER

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therefore:

The parties' Stipulation for Extension of Time to Respond to First Amended Complaint is GRANTED. Defendant All States AG Parts, LLC shall have up to and including July 9, 2025, within which to answer or otherwise respond to the Amended Complaint (ECF 18).

Dated: June 17, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE