Mark D. Miller
SIERRA IP LAW, PC
7030 N. Fruit Ave., Suite 110
Fresno, CA 93711
Telephone: (559) 436-3700
Email: mmiller@sierraiplaw.com

Thomas M. Patton (MN#0401728)
FREDRIKSON & BYRON, P.A.
111 E. Grand Avenue, Suite 301
Des Moines, IA 50309
Telephone: (515) 242-8900
Email: tpatton@fredlaw.com

*Admitted pro hac vice*

Attorneys for Defendant All States AG Parts, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PLATYPUS WEAR, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN F. MAHANEY COMPANY, a business organization form unknown, ALL STATES AG PARTS, LLC dba John F. Mahaney Company and Parts ASAP, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: 2:25-CV-00881- WBS AC<br><br>**ORDER GRANTING JOINT SECOND MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**ORDER**

The Defendant All States' Joint Second Motion for Extension of Time for Defendant All States to Respond to Plaintiff's First Amended Complaint is GRANTED.  Defendant All States AG Parts, LLC shall have up to and including August 20, 2025, within which to answer or otherwise respond to the Amended Complaint (ECF 18).

Dated:  July 30, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE