# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATYPUS WEAR, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN F. MAHANEY COMPANY, a business organization form unknown, ALL STATES AG PARTS, LLC dba John F. Mahaney Company and Parts ASAP, a Delaware limited liability company, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-00881-WBS-AC<br><br>**ORDER OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1(A)(i)**<br><br>[JURY TRIAL DEMANDED] |

　　　　Pursuant to FRCP 41(a)(1)(A)(i), the Court conditionally dismisses Plaintiff's claims in their entirety against John F. Mahaney and All States AG Parts, LLC ("Defendants"), with the Defendants each to bear their own costs and Plaintiff to bear its own costs as against the Defendants. Unless Plaintiff or the Defendants notify the Court by November 20, 2025 that the matter should be reinstated to the Court's calendar, the dismissal shall become unconditional and with prejudice.

　　Dated: August 20, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE